IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADAM JAMES HURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-795-WKW |
| | ) | [WO] |
| DAD HURST, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 12, 2022, the Magistrate Judge filed a Recommendation (Doc. # 3) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1.    The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED.

2.    This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(b)(1)(A).

A final judgment will be entered separately.

DONE this 3rd day of February, 2022.

＿＿＿＿＿／s／  W. Keith Watkins＿＿＿＿＿
UNITED STATES DISTRICT JUDGE